**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

**SUE GREGORY**                                                                             **PLAINTIFF**

      **v.**                               **NO. 5:05-CV-5021**

**JAMES D. MOFFETT, JR., et al**                                         **DEFENDANTS**

## ORDER OF DISMISSAL WITH PREJUDICE

Currently before the Court is the Plaintiff's Motion to Dismiss with Prejudice (Doc No. 48). The Defendants have advised the Court that they have no objections to this dismissal.

IT APPEARING to the Court that the motion is well taken, it is ORDERED that the Plaintiff's Motion is granted and the case be, and it is hereby, dismissed with prejudice.

IT IS SO ORDERED this 1st day of May, 2014.

                                                                 /s/ Timothy L. Brooks
                                                                 TIMOTHY L. BROOKS
                                                                 UNITED STATES DISTRICT JUDGE